Case 4:23-cv-04043　Document 7　Filed on 01/17/24 in TXSD　Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
January 17, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| STRIKE 3 HOLDINGS, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| V. | § | |
| | § | CIVIL ACTION NO. H-23-4043 |
| JOHN DOE, subscriber assigned | § | |
| IP address 76.203.37.120, | § | |
| | § | |
| Defendant. | § | |

## O R D E R

On January 16, 2024, Plaintiff, Strike 3 Holdings, LLC, filed a Notice of Voluntary Dismissal without Prejudice (docket no. 6) stipulating to the voluntary dismissal of this action against Defendant, JOHN DOE, subscriber assigned IP address 76.203.37.120, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Accordingly, this Court accepts the stipulation and this action is hereby **DISMISSED WITHOUT PREJUDICE** against refiling the same.

Each party will bear its own costs.

**SIGNED** at Houston, Texas, on this 17th day of January, 2024.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE